IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRIDGETTE OWENS                                                                                         PLAINTIFF

VS.                                                            CIVIL ACTION NO. 5:06CV31DCB-JMR

YAZOO CITY, MISSISSIPPI, AND
MICHAEL WALLACE, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY AS CHIEF OF
POLICE OF YAZOO CITY, MISSISSIPPI                                                   DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE, having come on for hearing on the joint *ore tenus* motion of plaintiff and defendants, by and through their respective attorneys and move this Court to dismiss Plaintiff's cause with respect to all defendants for the reason that a full settlement, accord and satisfaction and compromise have been reached by and between the parties, and there no longer remains any issues to be determined herein, and the Court being fully advised in the premises, is of the opinion that such relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and is, dismissed with prejudice, with respect to all defendants, with each party to bear its own costs.

SO ORDERED, this the 8th day of January, 2007.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

APPROVED BY AND AGREED TO:

*/s/ Glenn S. Swartzfager*
GLENN S. SWARTZFAGER - BAR # 9535
Attorney for Plaintiff

*/s/ Adam K. Draney*
ADAM K. DRANEY - BAR # 101160
Attorney for Defendants

X1564-114963/stc